UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD BAYANI,<br>Petitioner,<br>v.<br>TODD BLANCHE, U.S. Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, Immigration and Customs Enforcement; DANIEL BRIGHTMAN, Field Office Director of the San Diego Immigration and Customs Enforcement Office; JORGE VELARDE, Assistant Field Office Director of the Immigration and Customs Enforcement, Otay Mesa Detention Center; CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; U.S. DEPARTMENT OF HOMELAND SECURITY; and IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Respondents. | Case No.: 26-cv-5870-JES-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

//

Before the Court is Petitioner Mohammad Bayani's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on October 14, 2026. ECF No. 1. Respondents filed a response, in which they indicate their inability to ascertain sufficient facts, at this time, to establish that there is a significant likelihood of effectuating Petitioner's removal in the reasonably foreseeable future. ECF No. 4 ("Response") at 2; *see Zadvydas v. Davis*, 533 U.S. 678 (2001). Respondents, therefore, acknowledge that Petitioner is entitled to be released from custody, subject to conditions of supervision. *See* 8 U.S.C. § 1231(a)(3); 8 C.F.R. § 241.13(h)(1); Response at 2.

Accordingly, the Court **GRANTS** the Petition for Writ of Habeas Corpus. Respondents are **ORDERED** to **IMMEDIATELY** release Petitioner from custody, subject to reasonable conditions of supervision. The Parties are **ORDERED** to file a Joint Status Report on or before **November 6, 2026**, confirming that Petitioner has been released. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: October 30, 2026

Honorable James E. Simmons Jr.
United States District Judge